FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 6 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS ESQUIVEL-BOLANOS<br>(also known as "Colorado),<br><br>        Defendant. | CASE NO: 2:23-CR-0047-TOR-2<br><br>VERDICT |

### COUNT 1

WE THE JURY in the above-captioned case, find the Defendant,

LUIS ESQUIVEL-BOLANOS, __GUILTY__
                                         Guilty/ Not Guilty

of the offense of Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine or 400 Grams or More of Fentanyl, in violation of Federal law.

If you found the Defendant Guilty, do you unanimously find beyond a reasonable doubt that the amount of actual (pure) methamphetamine or fentanyl was:

VERDICT ~ 1

| | | |
|---|---|---|
| 1 | More than 50 grams of pure methamphetamine: | Yes  X  No ____ |
| 2 | More than 5 grams of pure methamphetamine: | Yes ____ No ____ |
| 3 | More than 400 grams of a mixture containing fentanyl: | Yes  X  No ____ |
| 4 | More than 40 grams of a mixture containing fentanyl: | Yes ____ No ____ |

**COUNT 4**

WE THE JURY in the above-captioned case, find the Defendant, LUIS ESQUIVEL-BOLANOS, __GUILTY__
Guilty/ Not Guilty
of the offense of Distribution of 50 Grams or More of Actual (Pure) Methamphetamine on or about March 22, 2023, in violation of Federal law.

If you found the Defendant Guilty, do you unanimously find beyond a reasonable doubt that the amount of actual (pure) methamphetamine was:

| | | |
|---|---|---|
| 13 | More than 50 grams of pure methamphetamine: | Yes  X  No ____ |
| 14 | More than 5 grams of pure methamphetamine: | Yes ____ No ____ |

**COUNT 5**

WE THE JURY in the above-captioned case, find the Defendant, LUIS ESQUIVEL-BOLANOS, __GUILTY__
Guilty/ Not Guilty
of the offense of Possession with Intent to Distribute 1 Kilogram or More of Heroin, or 400 Grams or More of Fentanyl, or 50 Grams or More of Actual (Pure)

VERDICT ~ 2

Methamphetamine, or 500 Grams or More of Cocaine on or about April 19, 2023, in violation of Federal law.

If you found the Defendant Guilty, do you unanimously find beyond a reasonable doubt that the amount of actual drugs were:

More than 1 kilogram of heroin:                        Yes __X__ No _____

More than 100 grams of heroin:                         Yes _____ No _____

More than 400 grams of fentanyl:                       Yes __X__ No _____

More than 40 grams of fentanyl:                        Yes _____ No _____

More than 50 grams of pure methamphetamine:            Yes __X__ No _____

More than 5 grams of pure methamphetamine:             Yes _____ No _____

More than 500 grams of mixture containing cocaine:     Yes __X__ No _____

## COUNT 6

WE THE JURY in the above-captioned case, find the Defendant, LUIS ESQUIVEL-BOLANOS, __GUILTY__
                                    Guilty/ Not Guilty
of the offense of Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine or 40 Grams or More of Fentanyl on or about April 19, 2023, in violation of Federal law.

//

//

VERDICT ~ 3

If you found the Defendant Guilty, do you unanimously find beyond a reasonable doubt that the amount of actual (pure) methamphetamine or fentanyl was:

More than 50 grams of pure methamphetamine:   Yes __X__   No _____

More than 5 grams of pure methamphetamine:    Yes _____   No _____

More than 40 grams of a mixture containing fentanyl:   Yes __X__   No _____

## COUNT 7

WE THE JURY in the above-captioned case, find the Defendant, LUIS ESQUIVEL-BOLANOS, __GUILTY__
Guilty/ Not Guilty
of the offense of Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Federal law.

DATED April __16TH__, 2025.

VERDICT ~ 4